UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HENRY HEWITT and NANCY HEWITT,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>Defendants. | No. 3:11-cv-05147-BHS<br><br>ORDER GRANTING DEFENDANT WELLS FARGO AS TRUSTEE & MER'S MOTION TO REOPEN CASE & ENFORCE SETTLEMENT AGREEMENT |

THIS MATTER having come before the Court on the motion of defendants Wells Fargo as Trustee and MERS, for an order to reopen case and to enter a judgment and decree of rescission as a means to enforce the parties' settlement agreement entered on December 11, 2011.

PURSUANT to the pleadings submitted, it is HEREBY ORDERED that the unopposed motion is GRANTED. Defendants shall submit a proposed judgment forthwith.

SO ORDERED: _August 23, 2016_

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE BENJAMIN H. SETTLE